UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SELIN GURERALP,**<br><br>                    Plaintiff,<br><br>v.<br><br>**SYMBOLIC NEW YORK, INC. d/b/a HG CONTEMPORARY GALLERY AND PHILIPPE HOERLE-GUGGENHEIM,** an individual<br><br>                    Defendants. | Case No. 1:17-cv-06488 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1), the undersigned attorneys of record for the plaintiff in the above-captioned action hereby notify the Court that the above captioned matter is hereby discontinued, **without prejudice**.

This **9th** day of **October, 2017.**

ANDERSONDODSON, P.C.

 _/s/ Alexander L. Gastman_____
**Alexander L. Gastman**
11 Broadway, Suite 615
New York, NY  10004
Phone: 212-961-7639
Fax: 646-998-8051
*alex@andersondodson.com*

Attorney for Plaintiffs

SO ORDERED:

_____
U.S.D.J

Dated: _____